# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| LARRY W. SCOTT, JR., | : | Case No. 1:19-cv-721 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Bowman |
| AGENT GRACE EVERSON, *et al.*, | : | |
| Defendants | : | |

# DECISION AND ENTRY
# ADOPTING THE REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 4)
# AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on October 25, 2019, submitted a Report and Recommendation. (Doc. 4). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation should be and is hereby **ADOPTED** in its entirety.

Accordingly:

1. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to prosecute.

1

2. The Clerk shall enter judgment accordingly, whereupon this case is terminated and closed in this Court.

   **IT IS SO ORDERED**.

Date: December 30, 2019                              *s/ Timothy S. Black*
                                                     Timothy S. Black
                                                     United States District Judge